PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*

0644 3:22CR00146

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

0864 0:25CR00134-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ayub Hussein | Western District of Kentucky | Louisville |

NAME OF SENTENCING JUDGE

Charles R. Simpson III, Senior U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 6/20/2023 | 6/19/2026 |

**OFFENSE**
Possession of A Firearm by a Prohibited Person

JUSTIFICATION/REASON FOR TRANSFER: Main residence and support in other district

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Minnesota (St. Paul) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

March 24, 2025
*Date*

Charles R. Simpson III, Senior Judge
United States District Court
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF   Minnesota (St. Paul)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 22, 2025
*Effective Date*

s/Katherine M. Menendez
*United States District Judge*